JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>RODNEY SCOTT,<br><br>　　　　Defendant. | No. CR19-154RSL<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Scott's supervised release is warranted by the conduct of Mr. Scott and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Scott shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __10th__ day of __February__, 2022.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Rodney Scott*; CR19-154RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Rodney Scott

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Rodney Scott*; CR19-154RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**